IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01433-RPM

RONALD ALEXANDER,

     Plaintiff,

v.

OPERATING ENGINEERS INTERNATIONAL UNION LOCAL 9,
ZENITH ADMINISTRATORS and
JOHN DOE,

     Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

     Pursuant to the Joint Stipulation for Dismissal with Prejudice, filed August 1, 2008 [7],

it is

     ORDERED that this civil action is dismissed with prejudice and each party is

responsible for their own costs and attorney fees.

     DATED: August 6th, 2008

                       BY THE COURT:

                       s/ Richard P. Matsch

                       _____

                       Richard P. Matsch, Senior District Judge